

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MARIA DE JESUS ARENAS AND MARIA LUISA ARENAS, | § | No. 08-23-00099-CV |
| | § | Appeal from the |
| Appellants, | | |
| | § | 168th Judicial District Court |
| v. | | |
| | § | of El Paso County, Texas |
| UNIVERSITY OF TEXAS AT EL PASO, | | |
| | § | (TC# 2020DCV0859) |
| Appellee. | | |

## <u>MEMORANDUM OPINION</u>

This appeal is before the Court on its own initiative following nonpayment of filing fees. On May 3, 2023, the Court notified Appellants that their appeal would be dismissed for want of prosecution pursuant to TEX. R. APP. P. 42.3(b) unless Appellants paid the filing fee within 20 days of said notice. As Appellants still have not paid the filing fee to date, we dismiss the appeal pursuant to TEX. R. APP. P. 42.3(b). All pending motions will be denied as moot.


LISA J. SOTO, Justice

May 24, 2023

Before Rodriguez, C.J., Palafox, and Soto, J.J.